UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT K. DECKER,

    Plaintiff,

Case No. 19-cv-11654
Hon. Matthew F. Leitman

v.

LILITA INFANTE, *et al.*,

    Defendants.

_____/

**ORDER GRANTING MOTION TO STAY MAGISTRATE JUDGE'S RULING PENDING RESOLUTION OF OBJECTION (ECF No. 196)**

Now pending before the Court is a motion by the United States (ECF No. 196) to stay a portion of an order entered by the Magistrate Judge on August 7, 2023. (See Order, ECF No. 182.) In the relevant portion of the order, the Magistrate Judge directed Defendants Lilita Infante, Jason Hayes, and Jeff Motyka to respond to the operative Complaint by September 21, 2023. For the reasons explained by the United States in the pending motion, the motion is **GRANTED**. The portion of the Magistrate Judge's order requiring Defendants Infante, Hayes, and Motyka to respond to the operative Complaint by September 21, 2023, is **STAYED**. Those Defendants shall have no obligation to respond to the operative Complaint unless and until ordered by the Court do so.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2023

1

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2023, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126