UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT K. DECKER<br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant.<br>_____/ | Case No. 19-11654<br><br>Matthew F. Leitman<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## ORDER ON PLAINTIFF'S MOTIONS (ECF Nos. 239, 241)

Plaintiff moved for an update on his objections to various orders.  (ECF No. 239).  This motion is **MOOT** since the Court summarily overruled Plaintiff's objections without prejudice about a week before he filed this motion.  (*See* ECF No. 235).  Plaintiff also moved for this Court to reopen his appeal in the Sixth Circuit.  This motion is **DENIED**.  This Court is not in a position to order the Sixth Circuit to take any sort of action.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which

the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: July 1, 2024

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on July 1, 2024.

s/Sara Krause
Case Manager
(810) 341-7850