UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| ROBERT K. DECKER, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 19-cv-11654 |
| Plaintiff, | | Hon. Matthew F. Leitman |
| | | Magistrate Judge Curtis Ivy, Jr. |
| v. | | |
| LILITA INFANTE, *et al.*, | | |
| Defendants. | | |

### DECLARATION OF MARCIA N. TIERSKY

I, MARCIA N. TIERSKY, declare and say:

1. I am the Associate Chief Counsel, Employment and Defensive Litigation Section, in the Office of Chief Counsel of the United States Department of Justice, Drug Enforcement Administration (DEA).

2. As such, I am the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to DEA under the Federal Tort Claims Act (FTCA). Agency procedures require that all FTCA claims over $500.00 be submitted to this office for review.

3. As a routine business practice, this office maintains an electronic record of each such claim. FTCA claims are indexed by claimant. This system has been in effect for over ten years.

4. On or about October 13, 2022, I caused a thorough search to be made of the FTCA claim records of this office to determine whether a claim was presented to DEA by Robert K. Decker regarding the issues raised in the instant case.

5. My office has no record that any FTCA claim was presented to DEA by Robert K. Decker, or anyone acting on his behalf.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

MARCIA N. TIERSKY
Associate Chief Counsel
Civil Litigation Section

October 13, 2022