UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT K. DECKER,<br>　　　　　　Plaintiff, | Case No. 19-11654 |
| v. | Matthew F. Leitman<br>United States District Judge |
| UNITED STATES OF AMERICA,<br>　　　　　　Defendant.<br>_____/ | Curtis Ivy, Jr.<br>United States Magistrate Judge |

## ORDER RESCINDING REQUEST FOR PRO BONO COUNSEL

After granting Plaintiff's motion for appointment of pro bono counsel, Plaintiff withdrew his motion. (ECF No. 281). So the Court rescinds the request for pro bono counsel and lifts the stay.

Plaintiff maintained his request for an extension of time to respond to the government's motion for summary judgment given his recent move to a halfway house. (*Id.*). The Court will keep the extended due date from the Order granting appointment of counsel—Plaintiff's response is due no later than **April 25, 2025**. No extension to this deadline will be given. If Plaintiff does not submit his response on or before this date, the undersigned will evaluate the merits of the government's motion without a response from Plaintiff.

　　**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal

Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: March 5, 2025                              s/Curtis Ivy, Jr.
                                                 Curtis Ivy, Jr.
                                                 United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on March 5, 2025.

                                                 s/Sara Krause
                                                 Case Manager
                                                 (810) 341-7850

2