UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT K. DECKER,<br>      Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br>      Defendant.<br>_____/ | Case No. 19-11654<br><br>Matthew F. Leitman<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER DENYING PLAINTIFF'S MOTION TO EMAIL DOCUMENTS (ECF No. 290)

Plaintiff moved for the Court or Defendant to email him every document on the docket. He said he created a PACER account but does not have a credit card to access the account. He will not get approval to access the website for 2-3 weeks. He also said he cannot afford stamps or an envelope to send his response brief. (ECF No. 290).

The motion is **DENIED**. Plaintiff may go to the Courthouse in Detroit to access his docket on PACER for free. That said, he will need to pay for any documents he desires to print. He may also access the first $30 of court records for free. For more information, Plaintiff should visit https://pacer.uscourts.gov/my-account-billing/billing/options-access-records-if-you-cannot-afford-pacer-fees. The Court has a library he can use for legal research, for free. And he does not

need stamps or an envelope for his response. He may file the brief just as he filed this motion—through the pro se portal.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: April 2, 2025   s/Curtis Ivy, Jr.
                     Curtis Ivy, Jr.
                     United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on April 2, 2025.

s/Sara Krause
Case Manager
(810) 341-7850
