UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT K. DECKER,

    Plaintiff,

v.

Case No. 19-cv-11654
Hon. Matthew F. Leitman

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER (1) DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 297), (2) GRANTING IN PART PLAINTIFF'S MOTION TO RE-ISSUE DOCUMENTS (ECF No. 300), AND (3) GRANTING PLAINTIFF LEAVE TO FILE SUPPLEMENTAL OBJECTIONS**

In this action, Plaintiff Robert K. Decker alleges that agents of Defendant United States of America trespassed on his property when the agents entered and searched his home prior to obtaining a search warrant. On December 18, 2024, the Government filed a motion for summary judgment. (*See* Mot., ECF No. 271.) Despite multiple extensions of time (*see* Order, ECF No. 272, 282), Decker never filed a response to that motion. On May 27, 2025, the assigned Magistrate Judge issued a report and recommendation in which he recommended that the Court grant summary judgment in favor of the Government based on Decker's failure to exhaust his administrative remedies (the "R&R"). (*See* R&R, ECF No. 292.)

1

On June 4, 2025, Decker filed a motion to (1) appoint counsel and (2) extend time for him to file a response to the Government's motion for summary judgment. (*See* Mot., ECF No. 293.)  The Court denied Decker's request for counsel, but it ordered the Government to re-serve both its summary judgment motion and the R&R on Decker and it extended the time for Decker to file objections to the R&R until September 5, 2025. (*See* Order, ECF No. 294.)

After Decker received the Government's summary judgment motion and the R&R (*see* Decker acknowledgment of receipt, ECF No. 297, PageID.2116), he filed objections to the R&R. (*See* Obj., ECF No. 296.)  Decker has also filed a motion for reconsideration of the Court's denial of his motion for counsel and a motion to re-issue documents. (*See* Mots., ECF No. 297, 300.)  In those motions, Decker appears to argue that he has been unable to fully prosecute his case and respond fully to the Government's motion and the R&R because his legal documents and other papers were thrown out and he had limited access to a computer while he was incarcerated at the St Clair County Jail. (*See id.*)  Decker says that he since been released from jail, and he now appears to be residing at a halfway house in Kalamazoo, Michigan. (*See* Mot., ECF No. 300, PageID.2125.)

The Court has carefully reviewed both of Decker's motions.  The Court **DENIES** Decker's motion for reconsideration because it remains persuaded that Decker is fully capable of filing a response on his own behalf without counsel.  That

2

is especially true now that Decker is no longer at the St. Clair County Jail and is residing at a halfway house. However, the Court will **GRANT IN PART** Decker's motion to re-issue documents  Even though Decker has already filed objections to the R&R, out of an abundance of caution, the Court will grant him one final opportunity to file any additional objections or arguments that he wishes to make (1) in opposition to the Government's summary judgment motion and (2) in response to the R&R.  Decker shall file those supplemental objections in sufficient time such that the Court receives them by no later than **September 8, 2025**.  The Court will not grant any further extensions for Decker to respond to the Government's motion and the R&R.  This is Decker's final opportunity to raise any arguments he wishes the Court to consider.

    Finally, to allow Decker to file his supplemental objections, the Court **DIRECTS** the Government, by no later than **July 8, 2025**, to re-serve on Decker, at his **new address as reflected on the docket**, (1) a full copy of its motion for summary judgment (with the accompanying exhibits) and (2) a copy of the R&R. The Government shall then file a Proof of Service on the docket indicating that it has re-served Decker with those documents.  The Court recognizes that this is the third time that the Government has served these documents on Decker.  It understands that this is imposes a modest burden on the Government, and it

3

appreciates the Government's cooperation. That cooperation is necessary to ensure that Decker has a full opportunity to present his position to the Court.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126