UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT K. DECKER,

      Plaintiff,                        Case No. 19-cv-11654
                                                Hon. Matthew F. Leitman

v.

UNITED STATES OF AMERICA,

      Defendant.

_____/

**<u>JUDGMENT</u>**

In accordance with the Orders entered on this day, on November 19, 2019,

September 1, 2022, and on March 26, 2024,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of

Defendants and against Plaintiff.

                                       KINIKIA ESSIX
                                       CLERK OF COURT

                        By:   s/Holly A. Ryan_____
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 10, 2025
Detroit, Michigan

1