UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT K. DECKER,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.

Case No. 19-cv-11654
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION TO APPOINT COUNSEL (ECF No. 311)

On September 10, 2025, this Court granted Defendant United States of America's motion for summary judgment. (*See* Order, ECF No. 308.)  Plaintiff Robert K. Decker has now filed an appeal of the Court's ruling in the United States Court of Appeals for the Sixth Circuit. (*See* Notice of Appeal, ECF No. 312.)  In connection with that appeal, Decker has filed a motion in this Court to appoint him counsel. (*See* Mot., ECF No. 311.)  Since the filing of that motion, counsel has appeared on Decker's behalf in the Sixth Circuit. *See Decker v. Infante*, Case No. 25-2007, Dkt. Nos. 9, 10.  Decker's motion to appoint counsel is therefore moot. Accordingly, the Court **TERMINATES** the motion **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 8, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126